# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 10, 2020

## NO. 03-19-00509-CV

**Texas Health And Human Services Commission, Appellant**

**v.**

**Ethan Vestal, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the interlocutory order signed by the trial court on July 15, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.